United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50218-KMS
Vance Elliott Evans   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6   User: mssbad   Page 1 of 2
Date Rcvd: Apr 14, 2025   Form ID: n031   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vance Elliott Evans, 1207 S Pine Ave, Heidelberg, MS 39439-6502 |
| 5476005 | + | April Milsap, 3131 E Deer Run Ct, Crete, IL 60417-2709 |
| 5476009 | + | Kevin Herrison, 1155 Paulding Rd, Laurel, MS 39443-9128 |
| 5476014 | + | MS Title Loans, 104 N 16th Ave, Laurel, MS 39440-4132 |
| 5476018 | + | Pine Belt Credit LLC, 120 N 15th Ave, Laurel, MS 39440-4120 |
| 5476020 | + | Rusty Stevens ENT, 203 S 12th Ave, Laurel, MS 39440-4324 |
| 5476021 | + | Speedy Cash, 3077 Daulphin St, Mobile, AL 36606-4040 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5476004 | + | Email/Text: bnc@teampurpose.com | Apr 14 2025 19:39:00 | Advance America, 1710 Hwy 15 N, Ste B, Laurel, MS 39440-1891 |
| 5476006 | + | Email/Text: BKPT@cfna.com | Apr 14 2025 19:39:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5477493 | | Email/Text: BKPT@cfna.com | Apr 14 2025 19:39:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5476007 | + | Email/Text: jill.johnson@communitybank.net | Apr 14 2025 19:39:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank, Flowood, MS 39232-1220 |
| 5476008 | + | Email/Text: bkinfo@ccfi.com | Apr 14 2025 19:39:00 | Community Choice, 127 S 16th Ave, Laurel, MS 39440-4136 |
| 5476011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2025 19:44:01 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5476013 | | Email/Text: EBN@Mohela.com | Apr 14 2025 19:39:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5478723 | | Email/Text: EBN@Mohela.com | Apr 14 2025 19:39:00 | US Department of Education, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5476015 | + | Email/Text: constance.morrow@mdhs.ms.gov | Apr 14 2025 19:39:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5476012 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 14 2025 19:39:00 | Mercury Card, P.O. Box 70168, Philadelphia, PA 19176-0168 |
| 5492632 | + | Email/Text: bankruptcy_department@clacorp.com | Apr 14 2025 19:39:00 | Mississippi Title Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 5476016 | + | Email/Text: bankruptcy@ncaks.com | Apr 14 2025 19:39:00 | National Credit, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5494318 | + | Email/Text: bankruptcy@ncaks.com | Apr 14 2025 19:39:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5476017 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: n031 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 14 2025 19:39:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5496061 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2025 19:44:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5476019 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2025 19:44:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5476010 | | Email/Text: bankruptcy@qcholdings.com | Apr 14 2025 19:39:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5494116 | | Email/Text: bnc-quantum@quantum3group.com | Apr 14 2025 19:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5476022 | + | Email/Text: LCI@upstart.com | Apr 14 2025 19:39:00 | Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Vance Elliott Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50218−KMS
**Chapter:** 13

**In re:**

Vance Elliott Evans
1207 S Pine Ave
Heidelberg, MS 39439

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 14, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: April 14, 2025                                Danny L. Miller, Clerk of Court